**Lisa LOTT, Plaintiff–Appellant,**

v.

**ORIANA HOUSE, INC., Defendant–Appellee.**

No. 08–4325.

United States Court of Appeals, Sixth Circuit.

Aug. 6, 2009.

---

* The Honorable R. Leon Jordan, Senior United States District Judge for the Eastern District

BEFORE: CLAY and ROGERS, Circuit Judges, and JORDAN, District Judge.*

PER CURIAM.

Plaintiff–Appellant Lisa Lott ("Lott") appeals the district court's grant of summary judgment in favor of Defendant–Appellee Oriana House, Inc. ("Defendant") on her claims alleging gender and race-based discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and breach of implied contract of employment under Ohio law.

■ In a well-reasoned opinion, the district court concluded that Defendant was entitled to summary judgment with respect to Lott's discrimination claims because (1) Defendant provided a legitimate, nondiscriminatory reason for discharging Lott, namely, her failure to adequately

of Tennessee, sitting by designation.

maintain client files and her falsification of records; and (2) Lott could not show that Defendant's reason was pretextual. *Lott v. Oriana House, Inc.,* No. 3:07CV1084, 2008 WL 3889983, 2008 U.S. Dist. LEXIS 64383, at *8–14 (N.D.Ohio Aug.19, 2008). The court also concluded that Defendant was entitled to summary judgment on Lott's implied contract claim because, in light of documents establishing that Lott's employment was at-will, there was no genuine issue of material fact as to whether Lott and Defendant entered into an implied contract of employment. *Id.,* at *14–16.

After carefully considering the record, the parties' briefs, and the parties' oral arguments, we agree that summary judgment was properly granted with respect to all claims. We conclude that a panel opinion further addressing the issues raised would not serve a jurisprudential purpose, and we therefore **AFFIRM** for the reasons set forth by the district court.